Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16–32808–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Marion McFadden
1538 Munn Avenue
Hillside, NJ 07205

Norma Wallace McFadden
aka Norma W Hall
1538 Munn Avenue
Hillside, NJ 07205

Social Security No.:
  xxx–xx–5660

                 xxx–xx–5559

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:     3/16/17
Time:     02:00 PM
Location:   Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Mark Goldman
Debtor's Attorney

COMMISSION OR FEES
$1,699.60

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: February 15, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-32808-VFP
Marion McFadden                                                                 Chapter 13
Norma Wallace McFadden
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Feb 15, 2017
                             Form ID: 137          Total Noticed: 79


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2017.
```
db/jdb       +Marion McFadden,   Norma Wallace McFadden,   1538 Munn Avenue,   Hillside, NJ 07205-1657
516524532    +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
516524533    +Amex,   9111 Duke Blvd,   Mason, OH 45040-8999
516524530    +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
516524531    +Amex,   Correspondence,   Po Box 981540,   ElPaso, TX 79998-1540
516524534    +At&T Universal Citi Card,   Po Box 6500,   Sioux Falls, SD 57117-6500
516524535    +At&T Universal Citi Card,   Po Box 6241,   Sioux Falls, SD 57117-6241
516524537   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank Of America,   Po Box 982238,   El Paso, TX 79998)
516638396     BANK OF AMERICA, N.A.,   Bank of America,   PO Box 31785,   Tampa, FL 33631-3785
516524536    +Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
516524538    +Bank of America,   P.O. Box 15019,   Wilmington, DE 19886-5019
516524539    +Bankamerica,   4909 Savarese Cir,   Tampa, FL 33634-2413
516524540     Bushkill Timeshare,   PO Box 822991,   Philadelphia, PA 19182-2291
516524542    +Chase Auto Finance,   Po Box 24696,   Columbus, OH 43224-0696
516524543    +Chase Card,   Attn: Correspondence,   Po Box 15298,   Wilmington, DE 19850-5298
516524544     Chase Card,   Po Box 15123,   Rehrersburg, PA 19550
516524547    +Chase Card Services,   P.O. Box 15123,   Wilmington, DE 19850-5123
516524545    +Chase Card Services,   Correspondence Dept,   Po Box 15278,   Wilmington, DE 19850-5278
516524546    +Chase Card Services,   Po Box 15298,   Wilmington, DE 19850-5298
516524551    +Citibank / Sears,   Po Box 6282,   Sioux Falls, SD 57117-6282
516524550    +Citibank / Sears,   Po Box 6283,   Sioux Falls, SD 57117-6283
516524549    +Citibank / Sears,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
               S Louis, MO 63179-0040
516524548    +Citibank / Sears,   Citicorp Credit Services/Attn: Centraliz,   Po Box 790040,
               Saint Louis, MO 63179-0040
516524552    +Citibank/Exxon Mobile,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
               S Louis, MO 63179-0040
516524553    +Citibank/Exxon Mobile,   Po Box 6497,   Sioux Falls, SD 57117-6497
516524554    +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
               S Louis, MO 63179-0040
516524555    +Citibank/The Home Depot,   Po Box 9001010,   Louisville, KY 40290-1010
516524556    +Citizens Bank,   Attn: Bankruptcy,   443 Jefferson Blvd Ms Rjw-135,   Warwick, RI 02886-1321
516524557    +Citizens Bank,   480 Jefferson Blvd,   Warwick, RI 02886-1359
516524558    +Comenity Bank,   Po Box 182125,   Columbus, OH 43218-2125
516524559    +Comenity Bank,   Po Box 182789,   Columbus, OH 43218-2789
516524560    +Comenity Bank/Ashley Stewart,   Po Box 182124,   Columbus, OH 43218-2124
516524561    +Comenity Bank/Ashley Stewart,   Po Box 182789,   Columbus, OH 43218-2789
516524562    +Comenity Bank/Avenue,   Po Box 182125,   Columbus, OH 43218-2125
516524563    +Comenity Bank/Avenue,   Po Box 182789,   Columbus, OH 43218-2789
516524565    +Comenity Bank/Catherines,   4590 E Broad St,   Columbus, OH 43213-1301
516524564    +Comenity Bank/Catherines,   Po Box 182125,   Columbus, OH 43218-2125
516524566    +Comenity Bank/Dress Barn,   Po Box 182125,   Columbus, OH 43218-2125
516524567    +Comenity Bank/Dress Barn,   Po Box 659704,   San Antonio, TX 78265-9704
516524568    +Comenity Bank/Fashion Bug,   Po Box 84073,   Columbus, GA 31908-4073
516524569    +Comenity Bank/OneStopPlus.com,   Po Box 182125,   Columbus, OH 43218-2125
516524570    +Comenity Bank/OneStopPlus.com,   4590 E Broad St,   Columbus, OH 43213-1301
516524571    +Comenity Bank/roamans,   Po Box 182789,   Columbus, OH 43218-2789
516524574    +Dressburn-Comenity,   P.O. Box 659704,   San Antonio, TX 78265-9704
516524575     Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
516524576    +Equifax Credit Info. Services,Inc.,   P.O. Box 740241,   Atlanta, GA 30374-0241
516524577    +Experian,   P.O. Box 4500,   Allen, TX 75013-1311
516524578     Experian,   P.O. Box 9530,   Allen, TX 75013
516524579    +Hrp Corp,   Po Box 447,   Bushkill, PA 18324-0447
516524583     Santander Bank Na,   C/o Dovenmuehle Mortgage,   Schaumburg, IL 60173
516524584    +Sears,   P.O. Box 78051,   Phoenix, AZ 85062-8051
516524586    +State of New Jersey,   Division of Taxation,   50 Barrack Street,   P.O. Box 269,
               Trenton, NJ 08602-0269
516524585    +State of New Jersey,   Department of Labor,   P.O. Box 951,   Trenton, NJ 08625-0951
516524587    +State of New Jersey,   Department of Labor & Workforce Develop,   P.O. Box 951,
               Trenton, NJ 08625-0951
516524588    +State of New Jersey,   Attorney General,   P.O. Box 080,   Trenton, NJ 08625-0080
516524589    +Stpc/cbsd,   CitiCards Private Label Bankruptcy,   Po Box 20483,   Kansas City, MO 64195-0483
516524590    +Stpc/cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
516524597     Synchrony Bank/Lowes,   Po Box 530914-0914,   Atlanta, GA 30353
516524598    +TransUnion Consumer Solutions,   P.O. Box 2000,   Crum Lynne, PA 19022-2000
516524599    +TransUnion LLC,   2 Baldwin Place,   PO Box 1000,   Chester, PA 19022-1023
516524601    +Visa Dept Store National Bank,   9111 Duke Blvd,   Mason, OH 45040-8999
516524600    +Visa Dept Store National Bank,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
516524602    +WFFNB/Bobs Discount Furniture,   Po Box 10438,   Des Moines, IA 50306-0438
516524603     WFFNB/Bobs Discount Furniture,   Cscl Dispute Team N8235-04m,   Des Moines, IA 50306
```

District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Feb 15, 2017
                             Form ID: 137              Total Noticed: 79

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 15 2017 23:57:34      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg              +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 15 2017 23:57:32      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516524541        +E-mail/Text: bk.notifications@jpmchase.com Feb 15 2017 23:57:18      Chase Auto Finance,
                 National Bankruptcy Dept,   201 N Central Ave Ms Az1-1191,   Phoenix, AZ 85004-1071
516524573        E-mail/Text: mrdiscen@discover.com Feb 15 2017 23:56:32      Discover Financial,   Po Box 15316,
                 Wilmington, DE 19850
516524572        +E-mail/Text: mrdiscen@discover.com Feb 15 2017 23:56:32      Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
516524580        E-mail/Text: cio.bncmail@irs.gov Feb 15 2017 23:56:58      Internal Revenue Service,
                 P.O. Box 21126,   Philadelphia, PA 19114-0326
516524582        +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 15 2017 23:56:46      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
516524581        +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 15 2017 23:56:47      Kohls/Capital One,
                 Po Box 3120,   Milwaukee, WI 53201-3120
516600208        E-mail/Text: bnc-quantum@quantum3group.com Feb 15 2017 23:57:21
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
516524593        +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2017 00:00:36      Syncb/Lord & Taylor,
                 Po Box 965015,   Orlando, FL 32896-5015
516524592        +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2017 00:00:36      Syncb/Lord & Taylor,
                 Po Box 965064,   Orlando, FL 32896-5064
516524591        +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2017 00:01:16      Syncb/care Credit,
                 C/o Po Box 965036,   Orlando, FL 32896-0001
516524595        +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2017 00:00:36      Synchrony Bank/ JC Penneys,
                 Po Box 965007,   Orlando, FL 32896-5007
516524594        +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2017 00:00:36      Synchrony Bank/ JC Penneys,
                 Po Box 965064,   Orlando, FL 32896-5064
516524596        +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2017 00:00:36      Synchrony Bank/Lowes,
                 Po Box 965064,   Orlando, FL 32896-5064
                                                                                    TOTAL: 15

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2017 at the address(es) listed below:
          David G. Beslow   on behalf of Debtor Marion  McFadden yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          David G. Beslow   on behalf of Joint Debtor Norma Wallace McFadden yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          Denise E. Carlon   on behalf of Creditor  BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg   magecf@magtrustee.com
          Mark Goldman   on behalf of Debtor Marion  McFadden yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          Mark Goldman   on behalf of Joint Debtor Norma Wallace McFadden yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 7