**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**GOLDMAN & BESLOW, LLC**
7 Glenwood Avenue, Ste. 311B
East Orange, New Jersey   07017
Tel. 973-677-9000
Mark Goldman, Esq. #MG-8019
Attorneys for Debtor(s)

Order Filed on March 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Marion McFadden
Norma W. McFadden

                    Debtors

Case No:    16-32808

Chapter 13

Judge:    VFP

**FIRST INTERIM ORDER FOR ALLOWANCE OF PRE-CONFIRMATION
ATTORNEYS FEES FOR SERVICES RENDERED PURSUANT TO 11 USC §
503(b)**

The relief set forth on the following page number two (2) is hereby ORDERED.

**DATED: March 23, 2017**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Debtors:  Marion McFadden
          Norma W. McFadden
Chapter 13 Case#:  16-32808/VFP
Caption of Order: FIRST INTERIM ORDER FOR ALLOWANCE OF PRE-
CONFIRMATION ATTORNEYS FEES FOR SERVICES RENDERED PURSUANT TO
11 USC § 503 (b)

THIS MATTER, having been opened before the Court upon the application of

Goldman & Beslow, LLC., attorney for the debtor(s), for an Order for an Allowance of Fees

to the debtors attorney and the Court having considered the Affidavit of Services and

Application for Allowance and for good cause otherwise appearing:

ORDERED that the attorney for the debtors are hereby allowed the sum of

$ 3191. — as his fee and $ 373. 60 for costs and expenses of which

$ 1865. — has already been received by said attorney and of which the balance of

$ 1699. 60 shall be paid by the Chapter 13 Standing Trustee to said attorney through the

debtor (s) plan or in the event of dismissal of case, directly to debtor(s) counsel and it is further

ORDERED that the monthly payments in the plan is hereby  not increased based on

the aforesaid fee as the attorneys fees will be calculated into the plan payment at confirmation.

11