Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16–32808–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Marion McFadden
1538 Munn Avenue
Hillside, NJ 07205

Norma Wallace McFadden
aka Norma W Hall
1538 Munn Avenue
Hillside, NJ 07205

Social Security No.:
xxx–xx–5660

xxx–xx–5559

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 24, 2017.

On 3/12/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                   April 5, 2018
Time:                   10:00 AM
Location:               Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark,
NJ 07102

Accordingly, notice is hereby given that,

1.      Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
        a written rejection to the modified plan.

2.      Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
        of a secure claim, such holders acceptance or rejection of the Plan before modification will
        be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
        holders acceptance or rejection of the Plan within the time fixed.

3.      **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
        the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 14, 2018
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 16-32808-VFP
Marion McFadden                                                                                 Chapter 13
Norma Wallace McFadden
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 3          Date Rcvd: Mar 14, 2018
                             Form ID: 185          Total Noticed: 84


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2018.
```
db/jdb         +Marion McFadden,   Norma Wallace McFadden,   1538 Munn Avenue,   Hillside, NJ 07205-1657
516524532      +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
516524533      +Amex,   9111 Duke Blvd,   Mason, OH 45040-8999
516524530      +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
516524531      +Amex,   Correspondence,   Po Box 981540,   ElPaso, TX 79998-1540
516524534      +At&T Universal Citi Card,   Po Box 6500,   Sioux Falls, SD 57117-6500
516524535      +At&T Universal Citi Card,   Po Box 6241,   Sioux Falls, SD 57117-6241
516524537     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank Of America,   Po Box 982238,   El Paso, TX 79998)
516638396      BANK OF AMERICA, N.A.,   Bank of America,   Po Box 31785,   Tampa, FL 33631-3785
516524536     #+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
516722966      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
516524539      +Bankamerica,   4909 Savarese Cir,   Tampa, FL 33634-2413
516664493      +Bushkill Group,   PO Box 447,   Bushkill, PA 18324-0447
516524540      +Bushkill Timeshare,   Po Box 822991,   Philadelphia, PA 19182-2291
516524542      +Chase Auto Finance,   Po Box 24696,   Columbus, OH 43224-0696
516524544      +Chase Card,   Po Box 15123,   Rehrersburg, PA 19550
516524543      +Chase Card,   Attn: Correspondence,   Po Box 15298,   Wilmington, DE 19850-5298
516524546      +Chase Card Services,   Po Box 15298,   Wilmington, DE 19850-5298
516524545      +Chase Card Services,   Correspondence Dept,   Po Box 15278,   Wilmington, DE 19850-5278
516524547      +Chase Card Services,   P.O. Box 15123,   Wilmington, DE 19850-5123
516524551      +Citibank / Sears,   Po Box 6282,   Sioux Falls, SD 57117-6282
516524550      +Citibank / Sears,   Po Box 6283,   Sioux Falls, SD 57117-6283
516524549      +Citibank / Sears,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
                S Louis, MO 63179-0040
516524548      +Citibank / Sears,   Citicorp Credit Services/Attn: Centraliz,   Po Box 790040,
                Saint Louis, MO 63179-0040
516524553      +Citibank/Exxon Mobile,   Po Box 6497,   Sioux Falls, SD 57117-6497
516524552      +Citibank/Exxon Mobile,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
                S Louis, MO 63179-0040
516524555      +Citibank/The Home Depot,   Po Box 9001010,   Louisville, KY 40290-1010
516524554      +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
                S Louis, MO 63179-0040
516524557      +Citizens Bank,   480 Jefferson Blvd,   Warwick, RI 02886-1359
516524556      +Citizens Bank,   Attn: Bankruptcy,   443 Jefferson Blvd Ms Rjw-135,   Warwick, RI 02886-1321
516524559      +Comenity Bank,   Po Box 182789,   Columbus, OH 43218-2789
516524558      +Comenity Bank,   Po Box 182125,   Columbus, OH 43218-2125
516524561      +Comenity Bank/Ashley Stewart,   Po Box 182789,   Columbus, OH 43218-2789
516524560      +Comenity Bank/Ashley Stewart,   Po Box 182124,   Columbus, OH 43218-2124
516524563      +Comenity Bank/Avenue,   Po Box 182789,   Columbus, OH 43218-2789
516524562      +Comenity Bank/Avenue,   Po Box 182125,   Columbus, OH 43218-2125
516524565      +Comenity Bank/Catherines,   4590 E Broad St,   Columbus, OH 43213-1301
516524564      +Comenity Bank/Catherines,   Po Box 182125,   Columbus, OH 43218-2125
516524566      +Comenity Bank/Dress Barn,   Po Box 182125,   Columbus, OH 43218-2125
516524567      +Comenity Bank/Dress Barn,   Po Box 659704,   San Antonio, TX 78265-9704
516524568      +Comenity Bank/Fashion Bug,   Po Box 84073,   Columbus, GA 31908-4073
516524570      +Comenity Bank/OneStopPlus.com,   4590 E Broad St,   Columbus, OH 43213-1301
516524569      +Comenity Bank/OneStopPlus.com,   Po Box 182125,   Columbus, OH 43218-2125
516524571      +Comenity Bank/xoamans,   Po Box 182789,   Columbus, OH 43218-2789
516524574      +Dressburn-Comenity,   Po Box 659704,   San Antonio, TX 78265-9704
516524575       Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
516524576      +Equifax Credit Info. Services,Inc.,   P.O. Box 740241,   Atlanta, GA 30374-0241
516524577      +Experian,   P.O. Box 4500,   Allen, TX 75013-1311
516524578      +Experian,   P.O. Box 9530,   Allen, TX 75013
516524579      +Hrp Corp,   Po Box 447,   Bushkill, PA 18324-0447
516524583       Santander Bank Na,   C/o Dovenmuehle Mortgage,   Schaumburg, IL 60173
516524584      +Sears,   P.O. Box 78051,   Phoenix, AZ 85062-8051
516524586      +State of New Jersey,   Division of Taxation,   50 Barrack Street,   P.O. Box 269,
                Trenton, NJ 08602-0269
516524588      +State of New Jersey,   Attorney General,   P.O. Box 080,   Trenton, NJ 08625-0080
516524585      +State of New Jersey,   Department of Labor,   P.O. Box 951,   Trenton, NJ 08625-0951
516524587      +State of New Jersey,   Department of Labor & Workforce Develop,   P.O. Box 951,
                Trenton, NJ 08625-0951
516524590      +Stpc/cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
516524589      +Stpc/cbsd,   CitiCards Private Label Bankruptcy,   Po Box 20483,   Kansas City, MO 64195-0483
516524597       Synchrony Bank/Lowes,   Po Box 530914-0914,   Atlanta, GA 30353
516524598       TransUnion Consumer Solutions,   P.O. Box 2000,   Crum Lynne, PA 19022
516524599      +TransUnion LLC,   2 Baldwin Place,   PO Box 1000,   Chester, PA 19022-1370
516524601      +Visa Dept Store National Bank,   9111 Duke Blvd,   Mason, OH 45040-8999
516524600      +Visa Dept Store National Bank,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
516524602      +WFFNB/Bobs Discount Furniture,   Po Box 10438,   Des Moines, IA 50306-0438
516524603       WFFNB/Bobs Discount Furniture,   Cscl Dispute Team N8235-04m,   Des Moines, IA 50306
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 14 2018 23:21:01      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 14 2018 23:20:57      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516750483       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 14 2018 23:44:03
                American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                Oklahoma City, OK  73124-8838
516524541      +E-mail/Text: bk.notifications@jpmchase.com Mar 14 2018 23:20:42      Chase Auto Finance,
                National Bankruptcy Dept,   201 N Central Ave Ms Az1-1191,   Phoenix, AZ 85004-1071
516524573       E-mail/Text: mrdiscen@discover.com Mar 14 2018 23:20:07      Discover Financial,   Po Box 15316,
                Wilmington, DE 19850
516524572      +E-mail/Text: mrdiscen@discover.com Mar 14 2018 23:20:07      Discover Financial,   Po Box 3025,
                New Albany, OH 43054-3025
516524580       E-mail/Text: cio.bncmail@irs.gov Mar 14 2018 23:20:23      Internal Revenue Service,
                P.O. Box 21126,   Philadelphia, PA 19114-0326
516524582      +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 14 2018 23:20:11      Kohls/Capital One,
                N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
516524581      +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 14 2018 23:20:11      Kohls/Capital One,
                Po Box 3120,   Milwaukee, WI 53201-3120
516758502       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2018 23:36:24
                Portfolio Recovery Associates, LLC,   c/o Sears Charge Plus,   POB 41067,   Norfolk VA 23541
516758496       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2018 23:36:24
                Portfolio Recovery Associates, LLC,   c/o Sears Mastercard,   POB 41067,   Norfolk VA 23541
516758619       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 14 2018 23:28:41
                Portfolio Recovery Associates, LLC,   c/o The Home Depot Consumer,   POB 41067,
                Norfolk VA 23541
516600208       E-mail/Text: bnc-quantum@quantum3group.com Mar 14 2018 23:20:45
                Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
516524593      +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2018 23:28:35      Syncb/Lord & Taylor,
                Po Box 965015,   Orlando, FL 32896-5015
516524592      +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2018 23:28:46      Syncb/Lord & Taylor,
                Po Box 965064,   Orlando, FL 32896-5064
516524591      +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2018 23:28:47      Syncb/care Credit,
                C/o Po Box 965036,   Orlando, FL 32896-0001
516524595      +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2018 23:27:52      Synchrony Bank/ JC Penneys,
                Po Box 965007,   Orlando, FL 32896-5007
516524594      +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2018 23:29:31      Synchrony Bank/ JC Penneys,
                Po Box 965064,   Orlando, FL 32896-5064
516524596      +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2018 23:29:31      Synchrony Bank/Lowes,
                Po Box 965064,   Orlando, FL 32896-5064
                                                                                       TOTAL: 19


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516524538*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,   P.O. Box 15019,   Wilmington, DE 19886)
                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2018                           Signature:  /s/Joseph Speetjens

District/off: 0312-2          User: admin               Page 3 of 3           Date Rcvd: Mar 14, 2018
                             Form ID: 185               Total Noticed: 84

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2018 at the address(es) listed below:
          David G. Beslow    on behalf of Debtor Marion  McFadden yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          David G. Beslow    on behalf of Joint Debtor Norma Wallace McFadden yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Mark  Goldman    on behalf of Debtor Marion  McFadden yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          Mark  Goldman    on behalf of Joint Debtor Norma Wallace McFadden yrodriguez@goldmanlaw.org,
           yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 7