```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```

Caption in Compliance with D.N.J. LBR 9004-1(b)

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey   07017
Tel. 973-677-9000
Mark Goldman, Esq. #MG-8019
David G. Beslow, Esq. #DGB-5300
Attorneys for Debtors,

Order Filed on January 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    MARION MCFADDEN
    NORMA WALLACE MCFADDEN
                     DEBTORS.

Case No.:   16-32808
Chapter:    13
Judge:      VFP

## ORDER REGARDING REQUEST FOR EXEMPTION FROM:

☐ CREDIT COUNSELING REQUIRED UNDER 11 U.S.C. § 109(h)(1)

☐ PARTICIPATION IN FINANCIAL MANAGEMENT COURSE REQUIRED UNDER 11 U.S.C. § 727(a)(11) or 1328(g)(1)

☒ REQUIREMENT TO FILE CERTIFICATION IN SUPPORT OF DISCHARGE REQUIRED UNDER U.S.C. § 1328(a)

The relief set forth on the following pages, numbered two (2) and three (3) is **ORDERED**.

**DATED: January 17, 2020**

_/s/ Vincent F. Papalia_
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

This matter having been presented by the debtor pursuant to 11 U.S.C. § 109(h)(4), and for good cause shown, it is

ORDERED that:

__X__ The debtor's request is GRANTED; the debtor is hereby exempt from:

- ☐ obtaining budget and credit counseling required under 11 U.S.C. § 109(h)(1) and filing a Certificate of Credit Counseling,

- ☐ participating in a Financial Management Course as required under 11 U.S.C. § 727(a)(11), or 1328(g)1(1) and filing a Certification of Completion of Instructional Course Concerning Financial Management (Official Form B23),

- ☒ filing a Certification in Support of Discharge concerning Domestic Support Obligation as required by 11 U.S.C. § 1328(a). *

_____ The debtor's request for an exemption is DENIED, and

- ☐ the debtor must obtain budget and credit counseling from a United States Trustee approved credit counseling agency and file a *Certificate of Credit Counseling* on or before fourteen (14) days from the date the debtor's petition was filed or the case will be dismissed without further notice,

- ☐ the debtor must participate in a Financial Management Course conducted by a United States Trustee approved agency, and file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management (Official Form B23)*,

- ☐ the debtor must file a *Certification in Support of Discharge* concerning domestic support obligations as required under 11 U.S.C. § 1328(a).

The documents highlighted above must be filed

- ☐ on or before the last day to object to discharge has expired,

or

- ☐ on or before the last payment is made to the Standing Trustee on the Debtor's plan.

Failure to do so will result in the debtor's case being closed without the debtor having received a discharge.

2

*Requirement for filing of Certificate of Discharge is waived as to Joint Debtor, Norma Wallace McFadden, who is deceased.

_____ A hearing on this matter has been scheduled at the following date and time.

      Hearing Date/Time:    _____

      Hearing Location:     _____

                               _____

                               _____

      Courtroom:           _____

*rev.5/23/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Marion McFadden  
Norma Wallace McFadden  
    Debtors

Case No. 16-32808-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 17, 2020  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2020.  
db/jdb      +Marion McFadden,   Norma Wallace McFadden,   1538 Munn Avenue,   Hillside, NJ 07205-1657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2020 at the address(es) listed below:

    David G. Beslow   on behalf of Debtor Marion McFadden yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
    David G. Beslow   on behalf of Joint Debtor Norma Wallace McFadden yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
    Denise E. Carlon   on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Jill Manzo   on behalf of Creditor   Select Portfolio Servicing, Inc., as servicer for TOWD POINT MORTGAGE TRUST 2019-4, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE bankruptcy@feinsuch.com  
    Marie-Ann Greenberg   magecf@magtrustee.com  
    Mark Goldman   on behalf of Joint Debtor Norma Wallace McFadden yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
    Mark Goldman   on behalf of Debtor Marion McFadden yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com  
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                      TOTAL: 8